**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carol Lyn Kosek aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek | BK NO. 21-02442 MJC |
| Mark Joseph Kosek aka Mark J. Kosek aka Mark Kosek | Chapter 13 |
| Debtor(s) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
08 Dec 2021, 10:53:18, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322