IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
******************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-21-02442 |
| MARK JOSEPH KOSEK and | : | |
| CAROL LYN KOSEK | : | |
| Debtors. | : | CHAPTER 13 |

******************************************************************************

| | | |
|---|---|---|
| MARK JOSEPH KOSEK and | : | |
| CAROL LYN KOSEK | : | |
| Movants, | : | |
| vs. | : | |
| JEFFERSON CAPITAL SYSTEMS, LLC, | : | |
| LACKAWANNA COUNTY TAX CLAIM | : | |
| BUREAU, PNC BANK, NA and | : | |
| JACK N. ZAHAROPOULOS, ESQ. | : | |
| Respondents. | : | |

******************************************************************************

## **AFFIDAVIT**
******************************************************************************

We, Mark and Carol Kosek, being first duly sworn according to law, do depose and state the following:

We have previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No. 5-19-01588 on April 16, 2019.

During the previous Bankruptcy, our work hours were reduced due to COVID-19. Since the dismissal of the previous bankruptcy, our hours have returned to full time. In addition our daughter now contributes $400.00 to the monthly income, therefore, we are now in a position to resume making the monthly Trustee and mortgage payments.

Dated: December 13, 2021  /s/Mark Joseph Kosek
 MARK JOSEPH KOSEK

Dated: December 13, 2021  /s/Carol Lyn Kosek
 CAROL LYN KOSEK