United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Mark Joseph Kosek  
Carol Lyn Kosek  
    Debtors

Case No. 21-02442-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4  
Date Rcvd: Dec 14, 2021     Form ID: pdf010     Total Noticed: 77

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Joseph Kosek, Carol Lyn Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5446004 | + | American Web Loan, 2128 N. 14th St. #130, Ponca City, OK 74601-1831 |
| 5446005 | + | Andrew A. Brown, DMD, 632 Davis St., Scranton, PA 18505-4666 |
| 5446008 | + | Carlucci, Golden, DeSantis Funeral Home,, 318 East Drinker St., Dunmore, PA 18512-2436 |
| 5446012 | + | Claims Recovery Systems, 6 E. Main St., Carnegie, PA 15106-2497 |
| 5446015 | + | Commercial Acceptance Co., 2 W. Main St., Shiremanstown, PA 17011-6326 |
| 5446016 | | Commonwealth Health, P.O.Box 1022, Wixom, MI 48393-1022 |
| 5446017 | | Commonwealth Health, PO Box 411064, Boston, MA 02241-1064 |
| 5446022 | + | David A. Troynacki, DMD, 1524 Sans Souci Parkway, Wilkes-Barre, PA 18706-6028 |
| 5446023 | + | David T. Oven, DDS, 320 W. Drinker St., Dunmore, PA 18512-1918 |
| 5446029 | + | First National Community Bank, 102 E. Drinker St., Dunmore, PA 18512-2491 |
| 5446030 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5446031 | + | Inbox Loan, P.O. Box 881, Santa Rosa, CA 95402-0881 |
| 5446034 | + | John A. Fischer OD PC, 247 Main St, Duryea, PA 18642-1030 |
| 5446036 | + | Keystone Prosthetcics & Orth, 334 Main St., Dickson City, PA 18519-1770 |
| 5446037 | + | Lackawanna County Tax Claim Bureau, Lackawanna County Government Ctr., 123 Wyoming Ave., Suite 267, Scranton, PA 18503-2029 |
| 5446038 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5446044 | + | Mohegan Sun, Attn: Legal Dept., 1280 Hwy. 315, Wilkes-Barre, PA 18702-7002 |
| 5446045 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 5446047 | + | NCC, 245 Main St., Dickson City, PA 18519-1641 |
| 5446048 | + | NEI ASC, Inc., 200 Mifflin Ave., Scranton, PA 18503-1982 |
| 5446046 | | Nationwide Insurance, Company of America, P.O. Box 13958, Philadelphia, PA 19101-3958 |
| 5446050 | | PAWC, PO Box 578, Alton, IL 62002-0578 |
| 5446057 | + | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1179 |
| 5446056 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5446053 | + | Pennsylvania Physician Services, LLC, 700 Quincy Ave., Scranton, PA 18510-1724 |
| 5446052 | | Pennsylvania Physician Services, LLC, 5665 New Northside Dr., Atlanta, GA 30328-5831 |
| 5446059 | | Professional Neurological Assoc., 235 Main St., Dickson City, PA 18519-1652 |
| 5446060 | + | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5446062 | + | Regional Hospital of Scranton, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5446066 | + | Scranton Cardiovascular Physician Servic, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5446071 | + | Tek Collect, P.O. Box 1269, Columbus, OH 43216-1269 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 14 2021 18:39:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5446003 | + | Email/Text: mnapoletano@ars-llc.biz | Dec 14 2021 18:31:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Wyoming, PA 18644-0031 |
| 5446018 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 14 2021 18:31:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd., Southfield, MI 48034-0846 |
| 5446006 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 18:39:21 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5448856 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 18:39:18 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5446471 | + | Email/Text: bankruptcy@cavps.com | Dec 14 2021 18:31:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5446010 | + | Email/Text: bankruptcy@cavps.com | Dec 14 2021 18:31:00 | Cavalry SPV I LLC, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 5446011 | + | Email/Text: bzern@celticbank.com | Dec 14 2021 18:31:00 | Celtic Bank, 268 South State St., Salt Lake City, UT 84111-5314 |
| 5446013 | + | Email/Text: documentfiling@lciinc.com | Dec 14 2021 18:31:00 | Comcast-PA, Attn: Bankruptcy, 1555 Suzy St., Lebanon, PA 17046-8318 |
| 5446014 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2021 18:31:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5446019 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 14 2021 18:31:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 5446020 | + | Email/Text: clientservices@credit-control.com | Dec 14 2021 18:31:00 | Credit Control, LLC, 5757 Phantom Drive, Hazelwood, MO 63042-2429 |
| 5446021 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 14 2021 18:39:15 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5446026 | | Email/Text: G06041@att.com | Dec 14 2021 18:31:00 | Directv, P.O. Box 6550, Greenwood Village, CO 80155 |
| 5446024 | + | Email/Text: echase@deltamedix.com | Dec 14 2021 18:31:00 | Delta Medix, P.C., 300 Lackawanna Ave., Unit 200, Scranton, PA 18503-2001 |
| 5446025 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Dec 14 2021 18:31:00 | Dept. of Labor & Industry, Office of Chief Counsel, Tenth Floor Labor & Industry Bldg., 651 Boas St., Harrisburg, PA 17121-0725 |
| 5446027 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2021 18:39:18 | Directv, LLC, by American InfoSource LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5446028 | + | Email/Text: bknotice@ercbpo.com | Dec 14 2021 18:31:00 | ERC, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 5446030 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 14 2021 18:39:21 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5446032 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 14 2021 18:31:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 5446033 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 14 2021 18:31:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, St. Cloud, MN 56302 |
| 5446039 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2021 18:39:19 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5447223 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2021 18:39:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5446041 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 14 2021 18:31:00 | Medical Data Systems, 2001 9th Ave., Ste. 312, Vero Beach, FL 32960-6413 |
| 5446042 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 14 2021 18:31:00 | Medical Data Systems, Inc., 645 walnut St. Ste 5, Gadsden, AL 35901-4173 |
| 5446911 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2021 18:31:00 | Midland Credit Management, Inc., PO Box 2037, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2037 |
| 5446043 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 14 2021 18:31:00 | | Midland Funding, LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 5446135 | + | Email/PDF: rmscedi@recoverycorp.com Dec 14 2021 18:39:18 | | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5446049 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2021 18:31:00 | | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5446054 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 14 2021 18:31:00 | | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5446055 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2021 18:39:18 | | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5446051 | + | Email/Text: csc.bankruptcy@amwater.com Dec 14 2021 18:31:00 | | Pennsylvania American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 5448571 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2021 18:31:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5446058 | + | Email/Text: pasi_bankruptcy@chs.net Dec 14 2021 18:31:00 | | Professional Account Svcs., P.O. Box 188, Brentwood, TN 37024-0188 |
| 5446061 | + | Email/Text: Supportservices@receivablesperformance.com Dec 14 2021 18:31:00 | | Receivables Performance Mgmt, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 5446063 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 14 2021 18:39:15 | | Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 5446064 | + | Email/PDF: resurgentbknotifications@resurgent.com Dec 14 2021 18:39:19 | | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5446065 | + | Email/Text: admin@rosebudlending.com Dec 14 2021 18:31:00 | | Rosebud Lending, LZO, P.o. box 1147, 27565 Research Park Dr., Mission, SD 57555-1147 |
| 5446067 | | Email/PDF: ais.sprint.ebn@aisinfo.com Dec 14 2021 18:39:21 | | Sprint, P.O. Box 7993, Overland Park, KS 66207 |
| 5446068 | + | Email/Text: bankruptcy@sw-credit.com Dec 14 2021 18:31:00 | | SW Credit Systems, LP, 4120 International Pkwy., Suite 1100, Carrollton, TX 75007-1958 |
| 5446069 | | Email/PDF: gecsedi@recoverycorp.com Dec 14 2021 18:39:15 | | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5446070 | | Email/PDF: gecsedi@recoverycorp.com Dec 14 2021 18:39:21 | | Synchrony Bank/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5446072 | + | Email/Text: bankruptcydepartment@tsico.com Dec 14 2021 18:31:00 | | Transworld Systems, 500 Virginia Dr., Suite 514, Ft. Washington, PA 19034-2733 |
| 5446074 | | Email/Text: bkrcy@ugi.com Dec 14 2021 18:31:00 | | UGI, P.O. Box 13009, Reading, PA 19612 |
| 5446075 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2021 18:31:00 | | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 5446076 | + | Email/PDF: ebn_ais@aisinfo.com Dec 14 2021 18:39:15 | | Verizon by American Infosource, LP as ag, 4515 Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5446007 | *+ | Capital One, P.O Box 30285, Salt Lake City, UT 84130-0285 |
| 5446009 | *+ | Carol Lyn Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5446035 | * | John A. Fischer, OD PC, 247 Main St., Duryea, PA 18642-1030 |
| 5446040 | *+ | Mark Joseph Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5449112 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., |

|  |  |  |
|---|---|---|
|  |  | PO BOX 94982, CLEVELAND, OH 44101 |
| 5446073 | ##+ | Trident Asset Management, 53 Perimeter Center East, Ste. 440, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Carol Lyn Kosek tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Mark Joseph Kosek tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

****************************************************************************

IN RE: : CASE NO. 5-21-02442-MJC
MARK JOSEPH KOSEK and :
CAROL LYN KOSEK :
     Debtors. : CHAPTER 13

****************************************************************************

MARK JOSEPH KOSEK and :
CAROL LYN KOSEK :
     Movants, :
 vs. :
JEFFERSON CAPITAL SYSTEMS, :
LLC, LACKAWANNA COUNTY :
TAX CLAIM BUREAU, PNC BANK, :
NA and :
JACK N. ZAHAROPOULOS, ESQ. :
     Respondents. :

****************************************************************************
ORDER
****************************************************************************

 Upon consideration of Debtors' Motion to Extend the Automatic Stay, and hearing held on December 14, 2021, it is hereby:

 **ORDERED**, that the Debtors' Motion to Extend the Automatic Stay is hereby **GRANTED;** and it is further

 **ORDERED**, that the automatic stay imposed under 11 U.S.C. Section 362(a) shall extended beyond the thirty days after the filing of said Petition against all creditors with respect to property of the estate, and the Debtors and Debtors' property; and it is further

 **ORDERED**, that the Debtors' request for an Order confirming that the automatic stay continues against property of the estate is granted.

Dated: December 14, 2021      By the Court,

                    Mark J. Conway, Bankruptcy Judge (CN)