United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-02442-MJC
Mark Joseph Kosek  Chapter 13
Carol Lyn Kosek
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Dec 30, 2021      Form ID: ntcnfhrg      Total Noticed: 77

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Joseph Kosek, Carol Lyn Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5446004 | + | American Web Loan, 2128 N. 14th St. #130, Ponca City, OK 74601-1831 |
| 5446005 | + | Andrew A. Brown, DMD, 632 Davis St., Scranton, PA 18505-4666 |
| 5446008 | + | Carlucci, Golden, DeSantis Funeral Home,, 318 East Drinker St., Dunmore, PA 18512-2436 |
| 5446012 | + | Claims Recovery Systems, 6 E. Main St., Carnegie, PA 15106-2497 |
| 5446015 | + | Commercial Acceptance Co., 2 W. Main St., Shiremanstown, PA 17011-6326 |
| 5446017 | | Commonwealth Health, PO Box 411064, Boston, MA 02241-1064 |
| 5446016 | | Commonwealth Health, P.O.Box 1022, Wixom, MI 48393-1022 |
| 5446022 | + | David A. Troynacki, DMD, 1524 Sans Souci Parkway, Wilkes-Barre, PA 18706-6028 |
| 5446023 | + | David T. Oven, DDS, 320 W. Drinker St., Dunmore, PA 18512-1918 |
| 5446029 | + | First National Community Bank, 102 E. Drinker St., Dunmore, PA 18512-2491 |
| 5446030 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5446031 | + | Inbox Loan, P.O. Box 881, Santa Rosa, CA 95402-0881 |
| 5446034 | + | John A. Fischer OD PC, 247 Main St, Duryea, PA 18642-1030 |
| 5446036 | + | Keystone Prosthetcics & Orth, 334 Main St., Dickson City, PA 18519-1770 |
| 5446037 | + | Lackawanna County Tax Claim Bureau, Lackawanna County Government Ctr., 123 Wyoming Ave., Suite 267, Scranton, PA 18503-2029 |
| 5446038 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5446044 | + | Mohegan Sun, Attn: Legal Dept., 1280 Hwy. 315, Wilkes-Barre, PA 18702-7002 |
| 5446045 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 5446047 | + | NCC, 245 Main St., Dickson City, PA 18519-1641 |
| 5446048 | + | NEI ASC, Inc., 200 Mifflin Ave., Scranton, PA 18503-1982 |
| 5446046 | | Nationwide Insurance, Company of America, P.O. Box 13958, Philadelphia, PA 19101-3958 |
| 5446050 | | PAWC, PO Box 578, Alton, IL 62002-0578 |
| 5446057 | + | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1179 |
| 5446056 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5446053 | + | Pennsylvania Physician Services, LLC, 700 Quincy Ave., Scranton, PA 18510-1724 |
| 5446052 | | Pennsylvania Physician Services, LLC, 5665 New Northside Dr., Atlanta, GA 30328-5831 |
| 5446059 | | Professional Neurological Assoc., 235 Main St., Dickson City, PA 18519-1652 |
| 5446060 | + | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5446062 | + | Regional Hospital of Scranton, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5446066 | + | Scranton Cardiovascular Physician Servic, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5446071 | + | Tek Collect, P.O. Box 1269, Columbus, OH 43216-1269 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Dec 30 2021 18:38:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5446003 | + | Email/Text: mnapoletano@ars-llc.biz | | |
| | | | Dec 30 2021 18:34:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wyoming, PA 18644-0031 |
| 5446018 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 30 2021 18:34:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd., Southfield, MI 48034-0846 |
| 5446006 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2021 18:38:35 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5448856 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2021 18:38:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5446471 | + | Email/Text: bankruptcy@cavps.com | Dec 30 2021 18:34:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5446010 | + | Email/Text: bankruptcy@cavps.com | Dec 30 2021 18:34:00 | Cavalry SPV I LLC, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 5446011 | + | Email/Text: bzern@celticbank.com | Dec 30 2021 18:34:00 | Celtic Bank, 268 South State St., Salt Lake City, UT 84111-5314 |
| 5446013 | + | Email/Text: documentfiling@lciinc.com | Dec 30 2021 18:34:00 | Comcast-PA, Attn: Bankruptcy, 1555 Suzy St., Lebanon, PA 17046-8318 |
| 5446014 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2021 18:34:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5446019 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 30 2021 18:34:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 5446020 | + | Email/Text: clientservices@credit-control.com | Dec 30 2021 18:34:00 | Credit Control, LLC, 5757 Phantom Drive, Hazelwood, MO 63042-2429 |
| 5446021 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2021 18:38:27 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5446026 | | Email/Text: G06041@att.com | Dec 30 2021 18:34:00 | Directv, P.O. Box 6550, Greenwood Village, CO 80155 |
| 5446024 | + | Email/Text: echase@deltamedix.com | Dec 30 2021 18:34:00 | Delta Medix, P.C., 300 Lackawanna Ave., Unit 200, Scranton, PA 18503-2001 |
| 5446025 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Dec 30 2021 18:34:00 | Dept. of Labor & Industry, Office of Chief Counsel, Tenth Floor Labor & Industry Bldg., 651 Boas St., Harrisburg, PA 17121-0725 |
| 5446027 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2021 18:38:27 | Directv, LLC, by American InfoSource LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5446028 | + | Email/Text: bknotice@ercbpo.com | Dec 30 2021 18:34:00 | ERC, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 5446030 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 30 2021 18:38:36 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5446032 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2021 18:34:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 5446033 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2021 18:34:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, St. Cloud, MN 56302 |
| 5446039 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2021 18:38:27 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5447223 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2021 18:38:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5446041 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 30 2021 18:34:00 | Medical Data Systems, 2001 9th Ave., Ste. 312, Vero Beach, FL 32960-6413 |
| 5446042 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 30 2021 18:34:00 | Medical Data Systems, Inc., 645 walnut St. Ste 5, Gadsden, AL 35901-4173 |
| 5446911 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2021 18:34:00 | Midland Credit Management, Inc., PO Box 2037, |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2037 |
| 5446043 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2021 18:34:00 | Midland Funding, LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 5446135 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 30 2021 18:38:31 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5446049 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2021 18:34:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5446054 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2021 18:34:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5446055 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2021 18:38:31 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5446051 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 30 2021 18:34:00 | Pennsylvania American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 5448571 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2021 18:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5446058 | + | Email/Text: pasi_bankruptcy@chs.net | Dec 30 2021 18:34:00 | Professional Account Svcs., P.O. Box 188, Brentwood, TN 37024-0188 |
| 5446061 | + | Email/Text: Supportservices@receivablesperformance.com | Dec 30 2021 18:34:00 | Receivables Performance Mgmt, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 5446063 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2021 18:38:37 | Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 5446064 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2021 18:38:27 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5446065 | + | Email/Text: admin@rosebudlending.com | Dec 30 2021 18:34:00 | Rosebud Lending, LZO, P.o. box 1147, 27565 Research Park Dr., Mission, SD 57555-1147 |
| 5446067 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Dec 30 2021 18:38:31 | Sprint, P.O. Box 7993, Overland Park, KS 66207 |
| 5446068 | + | Email/Text: bankruptcy@sw-credit.com | Dec 30 2021 18:34:00 | SW Credit Systems, LP, 4120 International Pkwy., Suite 1100, Carrollton, TX 75007-1958 |
| 5446069 | | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2021 18:38:25 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5446070 | | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2021 18:38:25 | Synchrony Bank/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5446072 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 30 2021 18:34:00 | Transworld Systems, 500 Virginia Dr., Suite 514, Ft. Washington, PA 19034-2733 |
| 5446074 | | Email/Text: bkrcy@ugi.com | Dec 30 2021 18:34:00 | UGI, P.O. Box 13009, Reading, PA 19612 |
| 5446075 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 30 2021 18:34:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 5446076 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2021 18:38:31 | Verizon by American Infosource, LP as ag, 4515 Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5446007 | *+ | Capital One, P.O Box 30285, Salt Lake City, UT 84130-0285 |
| 5446009 | *+ | Carol Lyn Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5446035 | * | John A. Fischer, OD PC, 247 Main St., Duryea, PA 18642-1030 |
| 5446040 | *+ | Mark Joseph Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5449112 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., |

| | | |
|---|---|---|
| | PO BOX 94982, CLEVELAND, OH 44101 | |
| 5446073 | ##+ Trident Asset Management, 53 Perimeter Center East, Ste. 440, Atlanta, GA 30346-2230 | |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Carol Lyn Kosek tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Mark Joseph Kosek tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Mark Joseph Kosek,<br>aka Mark J. Kosek, aka Mark Kosek, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−02442−MJC |
| Carol Lyn Kosek,<br>aka Carol Lynn Kosek, aka Carol L. Kosek, aka Carol Kosek, | |
| **Debtor 2** | |

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 25, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: February 1, 2022<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 30, 2021 |

ntcnfhrg (08/21)