IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 21-02442** |
| **Mark Joseph Kosek AKA Mark J.** : | **Chapter 13** |
| **Kosek, AKA Mark Kosek** : | **Judge Mark J. Conway** |
| **Carol Lyn Kosek AKA Carol Lynn** : | * * * * * * * * * * * * * * * * * * * |
| **Kosek, AKA Carol L. Kosek, AKA** | |
| **Carol Kosek** | |
| | |
| **Debtor(s)** | |
| : | |
| **PNC Bank National Association** : | **Related Document #** |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Mark Joseph Kosek AKA Mark J.** : | |
| **Kosek, AKA Mark Kosek** : | |
| **Carol Lyn Kosek AKA Carol Lynn** : | |
| **Kosek, AKA Carol L. Kosek, AKA** : | |
| **Carol Kosek** | |
| | |
| **Jack N Zaharopoulos** | |
| **Respondents.** | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Alyk L. Oflazian
    Alyk L. Oflazian, Esquire (312912)
    Adam B. Hall (323867)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH 43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    Contact email is amps@manleydeas.com

22-000505_GLHS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 21-02442 |
| **Mark Joseph Kosek AKA Mark J.** | : | **Chapter 13** |
| **Kosek, AKA Mark Kosek** | : | **Judge Mark J. Conway** |
| **Carol Lyn Kosek AKA Carol Lynn** | : | * * * * * * * * * * * * * * * * * * |
| **Kosek, AKA Carol L. Kosek, AKA** | | |
| **Carol Kosek** | | |
| | | |
| **Debtor(s)** | | |
| | : | |
| **PNC Bank National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Mark Joseph Kosek AKA Mark J.** | : | |
| **Kosek, AKA Mark Kosek** | : | |
| **Carol Lyn Kosek AKA Carol Lynn** | : | |
| **Kosek, AKA Carol L. Kosek, AKA** | : | |
| **Carol Kosek** | | |

**Jack N Zaharopoulos**
                        **Respondents.**

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

   Tullio DeLuca, Attorney for Mark Joseph Kosek AKA Mark J. Kosek, AKA Mark Kosek and Carol Lyn Kosek AKA Carol Lynn Kosek, AKA Carol L. Kosek, AKA Carol Kosek, tullio.deluca@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

22-000505_GLHS

Mark Joseph Kosek AKA Mark J. Kosek, AKA Mark Kosek and Carol Lyn Kosek AKA Carol Lynn Kosek, AKA Carol L. Kosek, AKA Carol Kosek, 18 Casey Ave., Old Forge, PA 18518

/s/ Alyk L. Oflazian

22-000505_GLHS