UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
MARK JOSEPH KOSEK and                           :
CAROL LYN KOSEK                                 :          CHAPTER 13
                              Debtors.          :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PNC BANK, NATIONAL ASSOCIATION :
                              Movant,           :
                                                :
       vs.                                      :
MARK JOSEPH KOSEK and                           :
CAROL LYN KOSEK                                 :          CASE NO. 5-21-02442
                              Respondents.      :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM
## AUTOMATIC STAY UNDER SECTION 362
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW COMES, Mark and Carol Kosek, the Debtors, and files an Answer to PNC

Bank's Motion for Relief From the Automatic Stay:

1.      Mark and Carol Kosek (hereinafter the "Debtors") filed a Chapter 13 bankruptcy

proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2.      Movant alleges that Debtor has failed to make post-petition mortgage payments.

3.      Debtors made a payment of $3864.68 directly to Movant on April 1, 2022.

4.      In the event there remains an arrears, the Debtors wish to enter into a Stipulation to

cure the arrears over a six (6) month period and/or include the arrears in an amended Chapter 13

Plan.

5.      Movant is not entitled to relief from the automatic stay as the arrearage amount due

has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and,

therefore, the Movant is adequately protected.

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the

Automatic Stay be denied.

Respectfully submitted,


Date: April 1, 2022                    /s/Tullio DeLuca
                                       Tullio DeLuca, Esquire
                                       PA ID# 59887
                                       381 N. 9th Avenue
                                       Scranton, PA  18504
                                       (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
MARK JOSEPH KOSEK and                     :
CAROL LYN KOSEK                           :        CHAPTER 13
                        Debtors.          :
**********************************************************************
PNC BANK, NATIONAL ASSOCIATION :
                        Movant,           :
                                          :
        vs.                               :
MARK JOSEPH KOSEK and                     :
CAROL LYN KOSEK                           :        CASE NO. 5-21-02442
                        Respondents.      :

**********************************************************************
### CERTIFICATE OF SERVICE
**********************************************************************

The undersigned hereby certifies that on April 1, 2022, he caused a true and correct copy of

Debtor's Answer to PNC Bank's Motion for Relief from the Automatic Stay to be served Via First

Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com


Rebecca Solarz, Esq. at rsolarz@kmllawgroup.com


Dated:    April 1, 2022                      /s/Tullio DeLuca
                                             Tullio DeLuca, Esquire