# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Joseph Kosek aka Mark J. Kosek aka Mark Kosek<br>　　　Carol Lyn Kosek aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek<br>　　　　　　Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>　　　　　　Movant<br>　　　vs. | NO. 21-02442 MJC |
| Mark Joseph Kosek aka Mark J. Kosek aka Mark Kosek Carol Lyn Kosek aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos<br>　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on September 21, 2022, document number 46..

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　/s/ Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: 10/17/2022