UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MARK JOSEPH KOSEK
MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
CAROL KOSEK, CAROL L.
KOSEK, CAROL LYNN KOSEK     CHAPTER 13
        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant     CASE NO: 5-21-02442-MJC
vs.
MARK JOSEPH KOSEK
MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
CAROL KOSEK, CAROL L.
KOSEK, CAROL LYNN KOSEK
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on April 24, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: April 24, 2023     Respectfully submitted,

    /s/ Agatha R. McHale, Esquire
    ID: 47613
    Attorney for Movant
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MARK JOSEPH KOSEK
MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
CAROL KOSEK, CAROL L.
KOSEK, CAROL LYNN KOSEK  CHAPTER 13
　　　　　　　Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
　　　　　　　Movant  CASE NO: 5-21-02442-MJC
vs.
MARK JOSEPH KOSEK
MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
CAROL KOSEK, CAROL L.
KOSEK, CAROL LYNN KOSEK
　　　　　　　Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

　　　　May 18, 2023 at 10:00 AM
　　　　U.S. Bankruptcy Court
　　　　Max Rosenn U.S. Courthouse
　　　　197 S. Main Street
　　　　Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
　　**AMOUNT DELINQUENT AS OF LAST MONTH: $ 14,428.00**
　　**AMOUNT DUE FOR THIS MONTH: $2,066.00**
　　**TOTAL AMOUNT DUE BEFORE HEARING DATE: $16,494.00**

**NOTE:**
　**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

　**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to:
    CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   April 24, 2023

Respectfully submitted,

/s/  Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MARK JOSEPH KOSEK
MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
CAROL KOSEK, CAROL L.
KOSEK, CAROL LYNN KOSEK  CHAPTER 13
    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant  CASE NO: 5-21-02442-MJC
vs.
MARK JOSEPH KOSEK
MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
CAROL KOSEK, CAROL L.
KOSEK, CAROL LYNN KOSEK
    Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 24, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 N 6TH STREET
PO BOX 302
HARRISBURG, PA 17102

Served by First Class Mail

MARK JOSEPH KOSEK
CAROL LYN KOSEK
18 CASEY AVE.
OLD FORGE  PA  18518-

I certify under penalty of perjury that the foregoing is true and correct.

Date:  April 24, 2023

/s/  Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK JOSEPH KOSEK
AKA: MARK KOSEK, MARK J.
KOSEK
CAROL LYN KOSEK
AKA: CAROL KOSEK, CAROL L.
KOSEK, CAROL LYNN KOSEK

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-21-02442-MJC

vs.

MARK JOSEPH KOSEK
AKA: MARK KOSEK, MARK J.
KOSEK
CAROL LYN KOSEK
AKA: CAROL KOSEK, CAROL L.
KOSEK, CAROL LYNN KOSEK

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.