**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark Joseph Kosek aka Mark J. Kosek aka Mark Kosek<br>　　　Carol Lyn Kosek aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek<br>　　　　　　Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　Moving Party<br>　　　vs. | NO. 21-02442 MJC |
| Mark Joseph Kosek aka Mark J. Kosek aka Mark Kosek<br>Carol Lyn Kosek aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos<br>　　　　　　Trustee | |

**CERTIFICATE OF CONCURRENCE**

The debtors have concurred with the request for relief in this Motion.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Michael P. Farrington
　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant