IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Joseph Kosek aka Mark J. Kosek aka Mark Kosek<br>Carol Lyn Kosek aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek<br>　　　　　　　　　Debtor(s)<br><br>PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　　　　Movant<br>　　　vs.<br><br>**Mark Joseph Kosek aka Mark J. Kosek aka Mark Kosek**<br>**Carol Lyn Kosek aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek**<br>　　　　　　　　　**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>　　　Trustee | BK NO. 21-02442 MJC<br><br>Chapter 13<br><br>Related to Claim No. 21 |

## CERTIFICATE OF SERVICE OF
## REQUEST TO CONTINUE HEARING/TRIAL

I, Michael P Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 5, 2023, I caused to be served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Mark Joseph Kosek aka Mark J. Kosek aka Mark Kosek
18 Casey Avenue
Old Forge, PA 18518

Carol Lyn Kosek aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek
18 Casey Avenue
Old Forge, PA 18518

Attorney for Debtor(s)
(VIA ECF)
Tullio DeLuca, Esq.
381 N. 9th Street (VIA ECF)
Scranton, PA 18504

Trustee
(VIA ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: May 5, 2023

　　　　　　　　　　　　　　　　　　　/s/ Michael P. Farrington
　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com