UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK JOSEPH KOSEK
AKA: MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
AKA: CAROL KOSEK, CAROL L. KOSEK, CAROL LYNN KOSEK

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-21-02442-MJC

MARK JOSEPH KOSEK
AKA: MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
AKA: CAROL KOSEK, CAROL L. KOSEK, CAROL LYNN KOSEK

    Respondent(s)

## **CERTIFICATION OF DEFAULT**

    AND NOW on June 27, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the trustee during the remaining term of the plan.
- File an Amended Plan within 14 days of the Stipulation.
- File a Wage Attachment within 14 days of the Stipulation.

    As of June 27, 2023, the Debtor(s) is/are $18,560.00 in arrears with a plan payment having last been made on December 19, 2022.

Dated: In accordance with said stipulation, the case may be dismissed

    June 27, 2023

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK JOSEPH KOSEK
AKA: MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
AKA: CAROL KOSEK, CAROL L. KOSEK, CAROL LYNN KOSEK

CHAPTER 13

Debtor(s)

CASE NO: 5-21-02442-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 27, 2023, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically
TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
MARK JOSEPH KOSEK
CAROL LYN KOSEK
18 CASEY AVE.
OLD FORGE PA 18518-

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 27, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com