# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

August 2, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    **In Re: Mark and Carol Kosek**
    **Chapter 13 Bankruptcy**
    **Case No. 5:21-bk-02442**

Dear Sir/Madam:

 I have received returned mail for Midland Funding a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 2365 North side Drive, Ste 300, San Diego, CA 92108-2709. The correct information is as follows:

    Midland Funding
    P.O. Box 939069
    San Diego, CA 92193

I served the Order of Discharge at the above address on July 12, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

    Very truly yours,

    /s/ Tullio DeLuca, Esquire

TD/km