# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

August 29, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

**In Re: Mark and Carol Kosek**
**Chapter 13 Bankruptcy**
**Case No. 5:21-bk-02442**

Dear Sir/Madam:

I have received returned mail for Trident Asset Management a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 53 Perimeter Center East, St 440, Atlanta, GA 30346-2230. The correct information is as follows:

Trident Asset Management
P.O. Box 888424
Atlanta, GA 30356

I served the Notice to Creditor and 3rd Amended Chapter 13 Plan at the above address on July 12, 2023. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

*Tullio DeLuca*

/s/ Tullio DeLuca, Esquire

TD/km