UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK JOSEPH KOSEK and : CHAPTER 13
CAROL LYN KOSEK :
    Debtors :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
 :
    vs. :
 :
MARK JOSEPH KOSEK and :
CAROL LYN KOSEK :
    Respondents : CASE NO.  5-21-bk-02442

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

    AND NOW, this  6th  day of February, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a.  Insufficient Monthly Net Income as indicated on Schedules I and J.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

                              Respectfully submitted:

                              Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097

                BY:    /s/Agatha R. McHale
                              Attorney for Trustee

# CERTIFICATE OF SERVICE

AND NOW, this 6th day of February, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA 18504

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee