# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 19, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

     In Re: Mark J. Kosek and Carol L. Kosek
     Chapter 13 Bankruptcy
     Case No. 5:21-02442

Dear Sir/Madam:

 I have received returned mail for DirectTv, LLC,, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was PO Box 6550 Greenwood Village, CO 80155-6550. The correct information is as follows:

    DirectTv LLC
    Attn: Bankruptcies
    2230 E. Imperial Hwy
    El Segundo, CA 90245

I served the Notice to Creditors at the above address on January 29th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

         Very truly yours,

         /s/ Tullio DeLuca, Esquire

TD/as