# TULLIO DeLUCA
### ATTORNEY-AT-LAW
**381 N. 9ᵀᴴ AVENUE**
**SCRANTON, PENNSYLVANIA 18504**
**PHONE (570) 347-7764 FAX (570) 347-7763**
**EMAIL: TULLIO.DELUCA@VERIZON.NET**

February 19, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

**In Re: Mark J. Kosek and Carol L. Kosek**
**Chapter 13 Bankruptcy**
**Case No. 5:21-02442**

Dear Sir/Madam:

     I have received returned mail for DirectTv, LLC,, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was PO Box 6550 Greenwood Village, CO 80155-6550. The correct information is as follows:

> DirectTv LLC
> Attn: Bankruptcies
> 2230 E. Imperial Hwy
> El Segundo, CA 90245

I served the Notice to Creditors at the above address on January 29ᵗʰ, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

     Very truly yours,

     *Tullio DeLuca*

     /s/ Tullio DeLuca, Esquire

TD/as