# TULLIO DeLUCA
## ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 21, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

> In Re: Mark Joseph Kosek and Carol Lyn Kosek
> Chapter 13 Bankruptcy
> Case No. 5-21-02442

Dear Sir/Madam:

I have received returned mail for **Receivable Performance Mgmt,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 20816 44th Ave W, Ste 140 Lynwood, WA 98036. The correct information is as follows:

Receivable Performance Mgmt
20818 44th Ave W, Ste 140
Lynnwood, WA 98036

I served the Notice to Creditors at the above address on January 29th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/as