# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 21, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    In Re: Mark Joseph Kosek and Carol Lyn Kosek
      Chapter 13 Bankruptcy
      Case No. 5-21-02442

Dear Sir/Madam:

 I have received returned mail for **Midland Funding, LLC.,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709. The correct information is as follows:

    Midland Funding, LLC
    P.O. Box 939069
    San Diego, CA 92193

I served the Notice to Creditors at the above address on January 29ᵗʰ, 2024. Please correct the mailing matrix.

 Thank you for assistance in this matter.

      Very truly yours,

      /s/ Tullio DeLuca, Esquire

TD/as

Case 5:21-bk-02442-MJC    Doc 98    Filed 02/22/24    Entered 02/22/24 15:01:50    Desc
Main Document    Page 1 of 1