# TULLIO DeLUCA

**ATTORNEY-AT-LAW**

381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 27, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

       In Re: Mark Joseph Kosek and Carol Lyn Kosek
           Chapter 13 Bankruptcy
           Case No. 5-21-02442

Dear Sir/Madam:

I have received returned mail for **Pennsylvania American Water,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was:P.O. Box 578 Alton, IL 62002-0578. The correct information is as follows:

           Pennsylvania American Water
           2699 Stafford Avenue
           Scranton, PA 18505

I served the Notice to Creditors at the above address on January 29th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

           Very truly yours,

           /s/ Tullio DeLuca, Esquire

TD/as