# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764   FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

February 29, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Mark J. Kosek and Carol L. Kosek
        Chapter 13 Bankruptcy
        Case No. 5:21-bk-02442

Dear Sir/Madam:

    I have received returned mail for **PAWC,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO Box 578 Alton, IL 62002-0578. The correct information is as follows:

    PAWC
    852 Wesley Drive
    Mechanicsburg, Pennsylvania 17055

I served the Notice to Creditors at the above address on January 29th, 2024. Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/as