**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   MARK JOSEPH KOSEK
           AKA: MARK KOSEK, MARK J. KOSEK
           CAROL LYN KOSEK           CHAPTER 13
           AKA: CAROL KOSEK, CAROL L.
           KOSEK, CAROL LYNN KOSEK
              Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
              Movant
                                                CASE NO: 5-21-02442-MJC

MARK JOSEPH KOSEK
AKA: MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
AKA: CAROL KOSEK, CAROL L.
KOSEK, CAROL LYNN KOSEK
              Respondent(s)

## **CERTIFICATION OF DEFAULT**

     AND NOW on May 22, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

  - voluntarily dismiss their case within 5 days of the stipulation date.
  - make the regular monthly payments to the trustee during the remaining term of the plan

     As of May 22, 2024, the Debtor(s) is/are $17457.00 in arrears with the last payment having been made on October 18, 2023.

     In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated:   May 22, 2024                         Respectfully submitted,

                                                    /s/   Agatha R. McHale, Esquire
                                                    ID: 47613
                                                    Attorney for Trustee
                                                    Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                    Hummelstown, PA 17036
                                                    Phone: (717) 566-6097
                                                    email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK JOSEPH KOSEK
AKA: MARK KOSEK, MARK J. KOSEK
CAROL LYN KOSEK
AKA: CAROL KOSEK, CAROL L. KOSEK, CAROL LYNN KOSEK

CHAPTER 13

Debtor(s)

CASE NO: 5-21-02442-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on May 22, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically
TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA 18504-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
MARK JOSEPH KOSEK
CAROL LYN KOSEK
18 CASEY AVE.
OLD FORGE PA 18518-

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 22, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com