# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mark Joseph Kosek** aka Mark J. Kosek aka Mark Kosek | | Chapter: 13 |
| | **Debtor 1** | Case No.: 5:21-bk-02442-MJC |
| **Carol Lyn Kosek** aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek | | |
| | **Debtor 2** | |
| **Jack N. Zaharopoulos Standing Chapter 13 (Trustee)** vs. | | |
| | **Movant(s)** | |
| **Mark Joseph Kosek** aka Mark J. Kosek aka Mark Kosek, **Carol Lyn Kosek** aka Carol Lynn Kosek aka Carol L. Kosek aka Carol Kosek | | |
| | **Respondent(s)** | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 106, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 30, 2024