United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Mark Joseph Kosek  
Carol Lyn Kosek  
    Debtors

Case No. 21-02442-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: May 30, 2024      Form ID: pdf010      Total Noticed: 81

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Joseph Kosek, Carol Lyn Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5446005 | + | Andrew A. Brown, DMD, 632 Davis St., Scranton, PA 18505-4666 |
| 5446008 | + | Carlucci, Golden, DeSantis Funeral Home,, 318 East Drinker St., Dunmore, PA 18512-2436 |
| 5446012 | | Claims Recovery Systems, 6 1/2 E. Main St., Carnegie, PA 15106-2497 |
| 5446015 | + | Commercial Acceptance Co., 2 W. Main St., Shiremanstown, PA 17011-6326 |
| 5446017 | | Commonwealth Health, PO Box 411064, Boston, MA 02241-1064 |
| 5446016 | + | Commonwealth Health, 700 Quincy Ave, Scranton, PA 18510-1724 |
| 5446022 | + | David A. Troynacki, DMD, 1524 Sans Souci Parkway, Wilkes-Barre, PA 18706-6028 |
| 5446023 | + | David T. Oven, DDS, 320 W. Drinker St., Dunmore, PA 18512-1918 |
| 5446024 | + | Delta Medix, P.C., 300 Lackawanna Ave., Unit 200, Scranton, PA 18503-2001 |
| 5446029 | + | First National Community Bank, 102 E. Drinker St., Dunmore, PA 18512-2491 |
| 5446034 | + | John A. Fischer OD PC, 247 Main St, Duryea, PA 18642-1030 |
| 5446036 | + | Keystone Prosthetcics & Orth, 334 Main St., Dickson City, PA 18519-1770 |
| 5446038 | ++ | LAW OFFICE OF TULLIO DELUCA, 381 N 9TH AVENUE, SCRANTON PA 18504-2005 address filed with court:, Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5446037 | + | Lackawanna County Tax Claim Bureau, Lackawanna County Government Ctr., 123 Wyoming Ave., Suite 267, Scranton, PA 18503-2029 |
| 5446044 | + | Mohegan Sun, Attn: Legal Dept., 1280 Hwy. 315, Wilkes-Barre, PA 18702-7002 |
| 5446045 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 5446047 | + | NCC, 245 Main St., Dickson City, PA 18519-1641 |
| 5446048 | + | NEI ASC, Inc., 200 Mifflin Ave., Scranton, PA 18503-1982 |
| 5446046 | | Nationwide Insurance, Company of America, P.O. Box 13958, Philadelphia, PA 19101-3958 |
| 5446135 | + | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5446050 | + | PAWC, 2699 Stafford Avenue, Scranton PA 18505-3608 |
| 5446051 | + | Pennsylvania American Water, 2699 Stafford Avenue, Scranton PA 18505-3608 |
| 5446053 | + | Pennsylvania Physician Services, LLC, 700 Quincy Ave., Scranton, PA 18510-1724 |
| 5446052 | | Pennsylvania Physician Services, LLC, 5665 New Northside Dr., Atlanta, GA 30328-5831 |
| 5446059 | | Professional Neurological Assoc., 235 Main St., Dickson City, PA 18519-1652 |
| 5446062 | + | Regional Hospital of Scranton, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5446066 | + | Scranton Cardiovascular Physician Servic, 746 Jefferson Ave., Scranton, PA 18510-1624 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 18:46:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5446003 | + | Email/Text: mnapoletano@ars-llc.biz | May 30 2024 18:47:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 5446004 | + | Email/Text: ebn@americanwebloan.com | May 30 2024 18:47:00 | American Web Loan, 3910 W. 6th Ave., Stillwater, OK 74074-1745 |
| 5446018 | | Email/Text: ebnnotifications@creditacceptance.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5446006 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 18:47:00 | Credit Acceptance Corporation, 25505 W 12 Mile Rd., Southfield, MI 48034-0846 |
| 5448856 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 30 2024 19:01:32 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5446471 | + | Email/Text: bankruptcy@cavps.com | May 30 2024 18:45:33 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5446010 | + | Email/Text: bankruptcy@cavps.com | May 30 2024 18:47:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5446011 | + | Email/Text: bzern@celticbank.com | May 30 2024 18:47:00 | Cavalry SPV I LLC, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2321 |
| 5446013 | + | Email/Text: documentfiling@lciinc.com | May 30 2024 18:48:00 | Celtic Bank, 268 South State St., Salt Lake City, UT 84111-5314 |
| 5446014 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 30 2024 18:47:00 | Comcast-PA, Attn: Bankruptcy, 1555 Suzy St., Lebanon, PA 17046-8318 |
| 5446019 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 30 2024 18:47:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5446020 | + | Email/Text: correspondence@credit-control.com | May 30 2024 18:47:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 5446021 | + | Email/PDF: creditonebknotifications@resurgent.com | May 30 2024 18:47:00 | Credit Control, LLC, 5757 Phantom Drive, Hazelwood, MO 63042-2415 |
| 5446025 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | May 30 2024 19:01:28 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5446026 | + | Email/Text: G06041@att.com | May 30 2024 18:47:00 | Dept. of Labor & Industry, Office of Chief Counsel, Tenth Floor Labor & Industry Bldg., 651 Boas St., Harrisburg, PA 17121-0725 |
| 5446027 | + | Email/PDF: ebn_ais@aisinfo.com | May 30 2024 18:47:00 | DirectTv LLC, Attn: Bankruptcies, 2230 E. Imperial Hwy, El Segundo, CA 90245-3502 |
| 5446028 | + | Email/Text: bknotice@ercbpo.com | May 30 2024 19:01:38 | Directv, LLC, by American InfoSource LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 5446030 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 30 2024 18:47:00 | ERC, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 5446031 | + | Email/Text: notice@inboxloan.com | May 30 2024 19:01:30 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 5456066 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 30 2024 18:47:00 | Inbox Loan, P.O. Box 881, Santa Rosa, CA 95402-0881 |
| 5446032 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 30 2024 18:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5446033 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 30 2024 18:47:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 5446038 | | Email/Text: tullio.deluca@verizon.net | May 30 2024 18:47:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, St. Cloud, MN 56302 |
| 5446039 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 18:47:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5447223 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 18:46:08 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5446041 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 30 2024 19:00:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5446042 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 30 2024 18:47:00 | Medical Data Systems, 2001 9th Ave., Ste. 312, Vero Beach, FL 32960-6413 |

| ID | | Notice Method | Time | Recipient |
|---|---|---|---|---|
| | | | May 30 2024 18:47:00 | Medical Data Systems, Inc., 645 walnut St. Ste 5, Gadsden, AL 35901-4173 |
| 5446911 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2024 18:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5446043 | + | Email/Text: bankruptcydpt@mcmcg.com | May 30 2024 18:47:00 | Midland Funding, LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 5446135 | ^ | MEBN | May 30 2024 18:42:51 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5446049 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 30 2024 18:47:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, PA 17128-0496 |
| 5456588 | | Email/Text: Bankruptcy.Notices@pnc.com | May 30 2024 18:47:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 5446054 | | Email/Text: Bankruptcy.Notices@pnc.com | May 30 2024 18:47:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5446055 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 30 2024 18:46:07 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5446057 | ^ | MEBN | May 30 2024 18:42:39 | PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1179 |
| 5446056 | ^ | MEBN | May 30 2024 18:42:50 | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5448571 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 30 2024 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5446058 | + | Email/Text: pasi_bankruptcy@chs.net | May 30 2024 18:47:00 | Professional Account Svcs., P.O. Box 188, Brentwood, TN 37024-0188 |
| 5446060 | + | Email/Text: ngisupport@radiusgs.com | May 30 2024 18:47:00 | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5446061 | + | Email/Text: Bankruptcy.Consumer@dish.com | May 30 2024 18:47:00 | Receivables Performance Mgmt, 20818 44th Ave W Ste 140, Lynnwood, WA 98036-7709 |
| 5446063 | | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 19:00:32 | Resurgent Capital Services, PO Box 10675, Greenville, SC 29603-0675 |
| 5446064 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 19:00:35 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5446065 | + | Email/Text: admin@rosebudlending.com | May 30 2024 18:47:00 | Rosebud Lending, LZO, P.o. box 1147, 27565 Research Park Dr., Mission, SD 57555-1147 |
| 5446067 | | Email/PDF: ais.sprint.ebn@aisinfo.com | May 30 2024 19:02:27 | Sprint, P.O. Box 7993, Overland Park, KS 66207 |
| 5446068 | + | Email/Text: bankruptcy@sw-credit.com | May 30 2024 18:47:00 | SW Credit Systems, LP, 4120 International Pkwy., Suite 1100, Carrollton, TX 75007-1958 |
| 5446069 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 18:45:33 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5446070 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 19:01:30 | Synchrony Bank/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5446071 | + | Email/Text: Bankruptcy@TekCollect.com | May 30 2024 18:47:00 | Tek Collect, P.O. Box 1269, Columbus, OH 43216-1269 |
| 5446072 | + | Email/Text: bankruptcydepartment@tsico.com | May 30 2024 18:47:00 | Transworld Systems, 500 Virginia Dr., Suite 514, Ft. Washington, PA 19034-2733 |
| 5446073 | ^ | MEBN | May 30 2024 18:42:25 | Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |
| 5446074 | | Email/Text: bkrcy@ugi.com | May 30 2024 18:47:00 | UGI, P.O. Box 13009, Reading, PA 19612 |
| 5455337 | | Email/PDF: ebn_ais@aisinfo.com | May 30 2024 18:46:07 | Verizon, by American InfoSource as agent, PO |

| | | | | |
|---|---|---|---|---|
| 5446075 | | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Box 4457, Houston, TX 77210-4457 |
| | | | May 30 2024 18:47:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 5446076 | | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | | May 30 2024 18:46:07 | Verizon by American Infosource, LP as ag, 4515 Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5446007 | *+ | Capital One, P.O Box 30285, Salt Lake City, UT 84130-0285 |
| 5446009 | *+ | Carol Lyn Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5446035 | * | John A. Fischer, OD PC, 247 Main St., Duryea, PA 18642-1030 |
| 5446040 | *+ | Mark Joseph Kosek, 18 Casey Ave., Old Forge, PA 18518-1008 |
| 5449112 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 5456579 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Carol Lyn Kosek tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Mark Joseph Kosek tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Mark Joseph Kosek<br>aka Mark J. Kosek<br>aka Mark Kosek | | Chapter: 13 |
| | Debtor 1 | Case No.: 5:21-bk-02442-MJC |
| Carol Lyn Kosek<br>aka Carol Lynn Kosek<br>aka Carol L. Kosek<br>aka Carol Kosek | Debtor 2 | |
| Jack N. Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>      vs. | Movant(s) | |
| Mark Joseph Kosek<br>aka Mark J. Kosek<br>aka Mark Kosek,<br>Carol Lyn Kosek<br>aka Carol Lynn Kosek<br>aka Carol L. Kosek<br>aka Carol Kosek | Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 106, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 30, 2024