# TULLIO DeLUCA
## ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

June 24, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: Mark J. Kosek and Carol L. Kosek
Chapter 13 Bankruptcy
Case No. 5:21-bk-02442

Dear Sir/Madam:

I have received returned mail for **Claims Recovery Systems,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 6 ½ Main Street, Carnegie, PA 15106-2497. The correct information is as follows:

Claims Recovery Systems
6 One Half E Main Street
Carnegie, PA 15106-2497

I served the Notice to Creditors at the above address on January 29th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/as