# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

August 2, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Mark J. Kosek and Carol L. Kosek
        Chapter 13 Bankruptcy
        Case No. 5:21-bk-02442

Dear Sir/Madam:

    I have received returned mail for **Trident Asset Management,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 53 Perimeter Center East, Ste 440 Atlanta, GA 30346-2230. The correct information is as follows:

        Trident Asset Management
        PO Box 888424
        Atlanta GA 30356

I served the Order Granting Motion to Extend Stay at the above address on August 2, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/as