**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

August 6, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      In Re: Mark J. Kosek and Carol L. Kosek
      Chapter 13 Bankruptcy
      Case No. 5:21-bk-02442

Dear Sir/Madam:

I have received returned mail for **Receivables Performance Management CEO Howard George,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 20816 44th Avenue, W Lynwood, WA 98036-7744. The correct information is as follows:

      Howard George, CEO
      Receivables Performance Management
      PO Box 1548
      Lynwood, WA 98036

I served the Notice of Chapter 13 Bankruptcy at the above address on August 6, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

      Very truly yours,

      /s/ Tullio DeLuca, Esquire

TD/as